**Darius J. WHITSON, I, Appellant,**

v.

**METROPOLITAN ST. LOUIS SEWER DISTRICT; Gusdorf Law Firm, LLC; Randall E. Gusdorf, Attorney at Law, Appellees.**

**No. 12–1123.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 7, 2012.

Filed: June 7, 2012.

Darius J. Whitson, I, St. Louis, MO, pro se.

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Darius J. Whitson brought this pro se action seeking to assert claims under 42 U.S.C. §§ 1981 and 1983, and state law. He now appeals from the district court's[1] 28 U.S.C. § 1915(e)(2) pre-service dismissal of his complaint, without prejudice.

---

1. The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas.

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

Upon carefully reviewing the record and concluding that the dismissal was proper for the reasons stated by the district court, this court affirms. *See* 8th Cir. R. 47B.